## TOWN OF CARY v. J. M. TEMPLETON, JR.

### (Filed 14 October, 1931.)

MOTION and petition to vacate *lis pendens* and to enjoin the defendant from further contesting matters settled by consent judgment filed herein, *Town of Cary v. Templeton,* 198 N. C., 604, 152 S. E., 797. Motion allowed. Defendant appeals.

*Clyde A. Douglass for plaintiff.*
*W. T. Shaw and R. B. Templeton for defendant.*

PER CURIAM. There is no valid exceptive assignment of error appearing on the record.
Affirmed.